UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRYST ZAWADZKI,

                              Plaintiff,

                -against-

DEPT. OF JUSTICE,

                              Defendant.

22-CV-7701(LTS)

CIVIL JUDGMENT

For the reasons stated in the September 9, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 9, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge